STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
I. MICHAEL ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>              Plaintiff,<br><br>        v.<br><br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.,<br>and DOES 1 through 20,<br><br>              Defendants. | CASE NO. C08-01052 MHP<br><br>**DECLARATION OF STUART C. CLARK IN SUPPORT OF ADMINISTRATIVE MOTION OF PLAINTIFF I. MICHAEL ROSS TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N. D. Cal. Civ. L.R. 3-12, 7-11]<br><br>**RELATED CASE NUMBER:**<br>CASE NO. C08-01596 WHA |

I, STUART C. CLARK, declare:

    1.    I am an attorney admitted to practice before all of the courts of the State of California, and before this court. I am attorney of record for the named plaintiff in *I. Michael Ross v. Tomlab Optimization AB, et al.* ("*Ross v. Tomlab*"), No. C08-01052 MHP. I also represent the named defendant Michael Ross in *Anil Rao v. I. Michael Ross*, Case No. C 08-01596 WHA ("*Rao v. Ross*"), and I expect to become counsel of record in that action after defendant Ross has been properly served. I make this declaration in support of the Administrative Motion of Plaintiff I. Michael Ross to Consider Whether Cases Should Be Related ("Administrative Motion"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit "A" is a true copy of the Civil Cover Sheet filed in the action of *Rao v. Ross*, on which that action is described as being related to the case of *Ross v. Tomlab*.

3. *Ross v. Tomlab* is an action for copyright infringement and unfair business practices. Both of those causes of action are based on the distribution by defendants Tomlab Optimization A.B. and Tomlab Optimization, Inc. of a GPOCS software program which plaintiff Ross alleges to be infringing of his copyright in his DIDO software product. Amended Complaint, ¶¶ 11-25. The party on behalf of whom Tomlab distributes the GPOCS software is Anil Rao, the plaintiff in *Rao v. Ross*. *Id.*, ¶ 12.

4. *Rao v. Ross* is an action for declaratory judgment, libel per se, and slander per se. The declaratory judgment cause of action seeks a judgment that Rao's GPOCS program does not infringe any copyrights owned by Ross, i.e. the exact opposite of the relief sought by Ross in *Ross v. Tomlab*. Prayer to Complaint, ¶ (a). The libel and slander causes of action are related to Ross' allegations that Rao infringed the copyright in and "plagiarized" Ross' DIDO software.

5. Under the circumstances described in paragraphs 3 and 4, above, determination of the common copyright infringement issues presented in both the *Ross v. Tomlab* and *Rao v. Ross* will resolve substantially all of the issues to be adjudicated in those cases.

6. Since adjudication of the same copyright infringement issues will resolve substantially all of the disputed issues in both cases, it is clearly wasteful of judicial resources that each case should be independently adjudicated by a different judicial officer. Indeed, the common issues are so all-encompassing that at some time in the future the cases should probably be consolidated for trial, if not for all purposes.

7. I have been unable to obtain a stipulation to the actions being treated as related. I cannot delay filing this motion any longer, because I was informed by counsel for plaintiff in the *Rao v. Ross* action (Mr. Eletich), by email at 4.18 p.m. yesterday afternoon, that he intends to file an application today for an order shortening time to bring a motion to permit early discovery. Given the desirability of resolving the related case issue before any judicial officer is assigned to hear the proposed application, at 8.41 a.m. today I emailed a proposed stipulation to Eletich and prospective counsel for Tomlab Optimization, Inc., David Newhouse, Esq. for the cases to be

1  treated as related.  A copy of that proposed stipulation and my cover letter are attached as
2  composite Exhibit "B".  The accompanying letter asked that Messrs. Newhouse and Eletich should
3  indicate by noon whether they agreed to stipulate, as requested.  Mr. Newhouse informed me that
4  while he had no objection to stipulating, and had already prepared his own motion for the actions to
5  be treated as related, he had not yet been formally retained and therefore could not yet appear in the
6  action.  Mr. Eletich did not respond to my emailed request, nor did he respond to a Voicemail
7  message left for him at approximately 11.45 a.m. on April 4, 2008.  Under the circumstances, Ross
8  is unable to present a stipulation of the parties in support of this motion.
9       I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct.
11      Executed this 3rd day of April, 2008 at Palo Alto, California.

       /s/ Stuart C. Clark
       STUART C. CLARK

CASE NAME: *I. Michael Ross v. Tomlab Optimization AB, et al.*    CASE NO. C08-01052 MHP

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as DECLARATION OF STUART C. CLARK IN SUPPORT OF ADMINISTRATIVE MOTION OF PLAINTIFF I. MICHAEL ROSS TO CONSIDER WHETHER CASES SHOULD BE RELATED

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

David E. Newhouse, Esq.  
Newhouse & Associates  
477 9th Avenue, Suite 112  
San Mateo, CA 94402-1858  
Attorneys for Defendant  
TOMLAB OPTIMIZATION

Derek A. Eletich, Esq.  
Law Office of Derek A. Eletich  
155 Forest Avenue  
Palo Alto, CA 94301-1615  
Attorneys for Plaintiff ANIL RAO  
in Related Case No. C08-01596 WHA

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 3, 2008 at Palo Alto, California.

Matthew Peterson

{00301187v1}

Proof of Service  
(Case No. C08-01052 MHP)

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS
ANIL RAO

### DEFENDANTS
I. MICHAEL ROSS

**(b)** County of Residence of First Listed Plaintiff: Alachula
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Monterey County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 94301-161
(650) 543-5477

Attorneys (If Known)

C08 01596 BZ

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | [X] 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| | PERSONAL INJURY | 690 Other | | 490 Cable/Sat TV |
| 153 Recovery of Overpayment of Veteran's Benefits | 362 Personal Injury — Med. Malpractice | | | 810 Selective Service |
| 160 Stockholders' Suits | 365 Personal Injury — Product Liability | LABOR | SOCIAL SECURITY | 850 Securities/Commodities/Exchange |
| 190 Other Contract | 368 Asbestos Personal Injury Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 195 Contract Product Liability | PERSONAL PROPERTY | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 890 Other Statutory Actions |
| 196 Franchise | 370 Other Fraud | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| REAL PROPERTY | 371 Truth in Lending | 740 Railway Labor Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| 210 Land Condemnation | 380 Other Personal Property Damage | 790 Other Labor Litigation | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 385 Property Damage Product Liability | 791 Empl. Ret. Inc. Security Act | | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 360 Other Personal Injury | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | CIVIL RIGHTS | PRISONER PETITIONS | 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 245 Tort Product Liability | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus: | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 442 Employment | 530 General | | |
| | 443 Housing/Accommodations | 535 Death Penalty | IMMIGRATION | |
| | 444 Welfare | 540 Mandamus & Other | 462 Naturalization Application | |
| | 445 Amer. w/Disabilities - Employment | 550 Civil Rights | 463 Habeas Corpus – Alien Detainee | |
| | 446 Amer. w/Disabilities - Other | 555 Prison Condition | 465 Other Immigration Actions | |
| | 440 Other Civil Rights | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 2201
Brief description of cause:
Declaratory Judgment

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ Declaratory Relief
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". C 08 01502 MHP

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: March 24, 2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

EXHIBIT A

# CARR & FERRELL LLP
### ATTORNEYS AT LAW

WRITER'S DIRECT DIAL NUMBER
(650) 812-3415

April 3, 2008

**By Email Only**

Derek A. Eletich, Esq.
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 94301-1615
derekeletich@earthlink.net

David E. Newhouse, Esq.
Newhouse & Associates
477 9th Avenue, Suite 112
San Mateo, CA 94402
den@attycubed.com

<u>Toss v. Tomlab/Rao v. Ross</u>

Dear Counsel:

    It is apparent that since the primary issue for adjudication in both of the above actions is whether or not the GPOCS product infringes Dr. Ross' copyright, the actions are related within the definition in Local Rule 3-12. Based on his Voicemail message yesterday, I understand that Mr. Newhouse agrees that this is the case.

    Local Rule 3-12(b) requires that whenever a party knows or learns that an action is related, a motion must be promptly filed. Under Local Rule 7-11(a) that motion is required to be accompanied by a stipulation or an explanation why a stipulation could not be obtained.

    In light of the foregoing, I attach a draft of a proposed stipulation for your review and comments. If you have any suggested changes to the draft, please let me know.

    Especially given Mr. Eletich's threat to file an expedited motion before Judge Alsup today, a motion or stipulation under Rule 3-12 needs to be filed without delay, so that judicial resources are not wasted. Accordingly, I ask that you kindly sign and return the attached stipulation as soon as possible, or else advise me immediately if you are unwilling to sign.

    Unless I have a fully executed stipulation in my hands by noon, I will simply file a motion under Rule 3-12.


EXHIBIT B

Derek A. Eletich, Esq.
David E. Newhouse, Esq.
April 3, 2008
Page Two

Sincerely,

*[signature: Stuart Clark]*

Stuart C. Clark

{00301462v1}

1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiff
   I. MICHAEL ROSS
7

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
   I. MICHAEL ROSS,                    CASE NO. C08-01052 MHP
13
              Plaintiff,               **STIPULATION IN SUPPORT OF**
14                                     **ADMINISTRATIVE MOTION OF**
       v.                              **PLAINTIFF I. MICHAEL ROSS**
15                                     **TO CONSIDER WHETHER**
   TOMLAB OPTIMIZATION AB,             **CASES SHOULD BE RELATED**
16 TOMLAB OPTIMIZATION, INC.,
   and DOES 1 through 20,              [N. D. Cal. Civ. L.R. 3-12, 7-11]
17
              Defendants.              **RELATED CASE NUMBER:**
18                                     CASE NO. C08-01596 BZ

19 WHEREAS:

20     A.     In this action (the "Ross Action"), which was filed on February 21, 2008, plaintiff

21 Michael Ross ("Ross") seeks an adjudication, among other things, whether the Tomlab defendants

22 ("Tomlab") are infringing his copyright in a certain software program by distributing the GPOCS

23 software program on behalf on non-party Anil Rao ("Rao");

24

25     B.     In an action filed on March 8, 2008 under Case No. C08-01596 WHA (the "Rao

26 Action"), Rao seeks a declaratory judgment, among other things, that the GPOCS software program

27 does not infringe Ross' copyright;

28

{00301465v1}                              -1-
               Stipulation In Support Of Administrative Motion To Declare Cases Related
                              (Case No. C08-01052 MHP)

-2-

1  C. Counsel for the parties to the actions referred to in paragraphs (a) and (b), above (except for Tomlab Organization, A.B, which has not yet been served) are in agreement that the Rao Action is related to the Ross Action, within the meaning of Local Rule 3-12(a), in that both actions concern the same parties and property or event, and it appears likely that there will be an unduly burdensome duplication of labor and expense and/or conflicting results if the cases are conducted before different judges:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the following parties, through their respective counsel, that the Rao Action is related to the Ross Action for purposes of Rule 3-12, and that the motion by Ross to consider whether the cases are related may be granted.

Dated: April     , 2008                    CARR & FERRELL LLP


By: _____
STUART C. CLARK
Attorneys for plaintiff I. Michael Ross in the Ross Action and for defendant I. Michael Ross in the Rao Action

Dated: April     , 2008                    NEWHOUSE & ASSOCIATES


By: _____
DAVID E. NEWHOUSE
Attorneys for defendant Tomlab Optimization, Inc. in the Ross Action

Dated: April     , 2008                    LAW OFFICE OF DEREK A ELETICH


By: _____
DEREK A. ELETICH
Attorneys for plaintiff Anil Rao in the Rao Action