1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiff
   I. MICHAEL ROSS

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  I. MICHAEL ROSS,                         CASE NO. C08-01052 MHP

13         Plaintiff,

14     v.
                                             **[PROPOSED] RELATED CASE ORDER**
15  TOMLAB OPTIMIZATION AB,
    TOMLAB OPTIMIZATION, INC.,
16  and DOES 1 through 20,

17         Defendants.

18

19     The administrative motion of plaintiff I. Michael Ross, to consider whether the case of *Rao*

20  *v. Ross*, Case No. C08-01596 WHA, should be related to this case, came on for hearing in

21  Chambers on the date reflected below.

22     After consideration of the papers filed, and for good cause shown, the Court finds that the

23  more recently filed case of *Rao v. Ross*, Case No. C08-01596 WHA is related to this case for

24  purposes of Local Rule 3-12.  Accordingly:

25     IT IS HEREBY ORDERED THAT:

26     1.     The case of *Rao v. Ross*, Case No. C08-01596 WHA shall for all purposes be treated

27            as a related case for purposes of Local Rule 3-12, and all future filings in that case

28            shall bear the initials of the judge assigned to this case, immediately after the case

1         number;

2    2.    All hearing dates in the case of *Rao v. Ross*, Case No. C08-01596 WHA are vacated, and a case management conference is scheduled for Monday, June 9, 2008, at 4.00 p.m. A Joint Case Management Conference Statement is due ten days before the conference.

3    3.    The dates scheduled in the case of *Rao v. Ross*, Case No. C08-01596 WHA for the disclosures and report required by FRCivP 16 and 26 shall be adjusted by the parties accordingly.

DATED: April     , 2008

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

1  CASE NAME: *I. Michael Ross v. Tomlab Optimization AB, et al.*   CASE NO. C08-01052 MHP

2  PROOF OF SERVICE

3      I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto,
4  California 94303. I am employed in the county of Santa Clara where this service occurs. I am over
the age of 18 years and not a party to the within cause. I am readily familiar with my employer's
5  normal business practice for collection and processing of correspondence for mailing with the U.S.
Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the
6  same day as the day of collection in the ordinary course of business.

7      On the date set forth below, following ordinary business practice, I served a true copy of the
8  foregoing document(s) described as [PROPOSED] RELATED CASE ORDER

9      [X]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be
10           placed in the United States mail at Palo Alto, California.

11  David E. Newhouse, Esq.                        Derek A. Eletich, Esq.
Newhouse & Associates                              Law Office of Derek A. Eletich
12  477 9th Avenue, Suite 112                      155 Forest Avenue
San Mateo, CA 94402-1858                           Palo Alto, CA 94301-1615
13  Attorneys for Defendant                        Attorneys for Plaintiff ANIL RAO
14  TOMLAB OPTIMIZATION                            in Related Case No. C08-01596 WHA

15      [X]  *(Federal)* I declare that I am employed in the office of a member of the bar of
16           this court at whose direction the service was made.

17      Executed on April 3, 2008 at Palo Alto, California.

18
19                                             Matthew Peterson

20
21
22
23
24
25
26
27
28

{00301630v1}