| David E. Newhouse, Esq.<br>NEWHOUSE & ASSOCIATES<br>Twin Oaks Office Plaza<br>477 Ninth Avenue Ste 112<br>San Mateo, Ca. 94402-1858<br>Attorney for Defendant TOMLAB OPTIMIZATION, INC. | State Bar No. 54217<br>Tel. No. (650) 348-8652<br>Fax. No. (650) 348-8655<br>Email: den@attycubed.com | For Court Use Only |
|---|---|---|

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| I. MICHAEL ROSS, an individual<br>Plaintiff<br>v.<br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.<br>Defendants | Case. No. C08-cv-01052 MHP |
|---|---|
| AND | |
| ANIL RAO, an individual<br>Plaintiff<br>v.<br>I. MICHAEL ROSS, an individual<br>Defendant | Case No. C08-cv- 01596 WHA |

**PROPOSED RELATED CASE ORDER**

[Local Rule 3-12]

1  Pursuant the Administrative Motions of Plaintiff I. MICHAEL ROSS, and Defendant TOMLAB
2  OPTIMIZATION, INC. in Case No. C08-cv-01052 MHP to consider whether the captioned cases should be
3  related and the Statement in the Civil Cover Sheet filed by Plaintiff ANIL RAO in Case No. C08-cv- 01596
4  WHA indicating that the captioned cases are related; and based upon the record that that the earlier filed
5  Case No. C08-cv-01052 MHP is assigned to me, I find that the more recently filed case, No. C08-cv-
6  01596 WHA is related to the earlier filed case, No. C08-cv-01052 MHP assigned to me.

7     I. MICHAEL ROSS V. TOMLAB OPTIMIZATION AB ET AL     Case. No. C08-cv-01052 MHP

8     ANIL RAO V I. MICHAEL ROSS                          Case No. C08-cv- 01596 WHA

9        I find the above case is related to the case assigned to me _____.

|   |   |
|---|---|
| 1 | ORDER |
| 2 | Counsel are instructed that all future filings in any reassigned case are to bear the initials of the |
| 3 | newly assigned judge immediately after die case number. Any case management conference in any |
| 4 | reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, |
| 5 | disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for |
| 6 | hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned |
| 7 | judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case |
| 8 | management order continue to govern, except dates for appearance in court, which will be rescheduled by |
| 9 | the newly assigned judge. |
| 10 | Dated: |

_____
Marilyn Hall Patel
Judge, United States District Court