STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff
I. MICHAEL ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>                    Plaintiff,<br><br>          v.<br><br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.,<br>and DOES 1 through 20,<br><br>                    Defendants. | CASE NO. C08-01052 MHP<br><br>**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON TOMLAB OPTIMIZATION, INC.** |

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**ADR**

**E-FILING**

I. Michael Ross
_____
                    Plaintiff
                        v.
Tomlab Optimization AB, Tomlab Optimization, Inc.,
and DOES 1 through 20
_____
                    Defendant

)
)
)
)
)
)

Civil Action No. **C08 01052** MHP

### Summons in a Civil Action

To:    Tomlab Optimization, Inc.
       _____
              *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      Stuart C. Clark
      Christine S. Watson
      Carr & Ferrell *LLP*
      2200 Geng Road
      Palo Alto, California 94303

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                    Richard W. Wieking
                                          _____
                                                Name of clerk of court

MAR 2 4 2008

Date: _____

                                          GINA AGUSTINE-RIVAS
                                          _____
                                                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Tomlab Optimization, Inc.</u>,
by:

 (1) personally delivering a copy of each to the individual at this place, _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

X (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   <u>Karen Heydt, Managing Agent duly authorized to accept service</u> _____; or
   Service was made at IncyourBiz Corp., 6 Polly Drummond Road, Newark, DE 19711.  Served:  3/27/08 at 1:20 PM
 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 3/28/08 _____

_____
Server's signature

Richard Torpey, Process Server
_____
Printed name and title
Delaware Attorney Services
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806  (302) 429-0657

_____
Server's address