STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
I. MICHAEL ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>                  Plaintiff,<br><br>          v.<br><br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.,<br>and DOES 1 through 20,<br><br>                  Defendants. | CASE NO. C08-01052 MHP<br><br><br>**CERTIFICATION OF INTERESTED<br>ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

None, other than the named parties in this action.

Dated:  April 16, 2008                    CARR & FERRELL *LLP*


                                        /s/ Stuart C. Clark
                              By: _____
                                        STUART C. CLARK
                                        CHRISTINE S. WATSON

                                        Attorneys for Plaintiff
                                        I. MICHAEL ROSS

{00304762v1}