```
STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
I. MICHAEL ROSS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.,<br>and DOES 1 through 20,<br><br>    Defendants. | CASE NO. C08-01052 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER PERMITTING FILING<br>OF AMENDED COMPLAINT**<br><br>[N. D. Cal. Civ. L.R. 3-12, 7-11] |

WHEREAS:

    A.    Plaintiff I. Michael Ross ("Ross") wishes to further amend the complaint to add claims against an additional defendant, Anil Rao;

    B.    Ross has already exercised his right to amend the complaint once under Rule 15(a)(1), and therefore requires Court approval to file a further amended complaint;

    C.    Defendant Tomlab Organization, Inc. ("Tomlab") is willing to stipulate to the filing of a further amended complaint;

    D.    Ross is unable to obtain the stipulation of defendant Tomlab Organization, A.B.,

1  since it has not yet been served and is accordingly not yet an active party represented by counsel;

2      E.    Ross and Tomlab Organization, Inc., as the active parties to the litigation (the "Active Parties"), are therefore the only parties capable of executing this stipulation:

    NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Active Parties, through their respective counsel, that Ross may file a further amended complaint asserting claims against Anil Rao.

Dated: May  8 , 2008        CARR & FERRELL LLP

By: /s/ Stuart C. Clark
STUART C. CLARK
Attorneys for plaintiff I. Michael Ross

Dated: May 8 , 2008        NEWHOUSE & ASSOCIATES

By: David E. Newhouse
DAVID E. NEWHOUSE
Attorneys for defendants Tomlab Optimization, Inc.

Digitally signed by David E. Newhouse
DN: cn=David E. Newhouse, o=Newhouse / Associates, ou, email=den@attycubed.com, c=US
Date: 2008.05.08 10:19:17 -07'00'

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May      , 2008

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE