1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiff
   I. MICHAEL ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| I. MICHAEL ROSS,<br><br>          Plaintiff,<br><br>     v.<br><br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.,<br>and DOES 1 through 20,<br><br>          Defendants. | CASE NO. C08-01052 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER PERMITTING FILING<br>OF AMENDED COMPLAINT**<br><br>[N. D. Cal. Civ. L.R. 3-12, 7-11] |

WHEREAS:

   A.   Plaintiff I. Michael Ross ("Ross") wishes to further amend the complaint to add claims against an additional defendant, Anil Rao;

   B.   Ross has already exercised his right to amend the complaint once under Rule 15(a)(1), and therefore requires Court approval to file a further amended complaint;

   C.   Defendant Tomlab Organization, Inc. ("Tomlab") is willing to stipulate to the filing of a further amended complaint;

   D.   Ross is unable to obtain the stipulation of defendant Tomlab Organization, A.B.,

since it has not yet been served and is accordingly not yet an active party represented by counsel;

E. Ross and Tomlab Organization, Inc., as the active parties to the litigation (the "Active Parties"), are therefore the only parties capable of executing this stipulation:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Active Parties, through their respective counsel, that Ross may file a further amended complaint asserting claims against Anil Rao.

Dated: May 8, 2008    CARR & FERRELL LLP

By: /s/ Stuart C. Clark
STUART C. CLARK
Attorneys for plaintiff I. Michael Ross

Dated: May 8, 2008    NEWHOUSE & ASSOCIATES

By: David E. Newhouse
*Digitally signed by David E. Newhouse
DN: cn=David E. Newhouse, o=Newhouse / Associates, ou, email=den@attycubed.com, c=US
Date: 2008.05.08 10:19:17 -07'00'*
DAVID E. NEWHOUSE
Attorneys for defendants Tomlab Optimization, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 9, 2008

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED
Judge Marilyn H. Patel*