1 STUART C. CLARK (SBN 124152)
clark@carrferrell.com
2 CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
3 CARR & FERRELL *LLP*
2200 Geng Road
4 Palo Alto, California 94303
Telephone: (650) 812-3400
5 Facsimile: (650) 812-3444

6 Attorneys for Plaintiff
I. MICHAEL ROSS

7

8

9 UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

12 I. MICHAEL ROSS,                                          CASE NO. C08-01052 MHP

13              Plaintiff,                                   **STIPULATION AND [PROPOSED]
                                                            ORDER PERMITTING FILING
14      v.                                                  OF AMENDED COMPLAINT**

15 TOMLAB OPTIMIZATION AB,                                  [N. D. Cal. Civ. L.R. 3-12, 7-11]
TOMLAB OPTIMIZATION, INC.,
16 and DOES 1 through 20,

17              Defendants.

18

19 WHEREAS:

20      A.      Plaintiff I. Michael Ross ("Ross") wishes to further amend the complaint to add

21 claims against an additional defendant, Anil Rao;

22      B.      Ross has already exercised his right to amend the complaint once under Rule

23 15(a)(1), and therefore requires Court approval to file a further amended complaint;

24
        C.      Defendant Tomlab Organization, Inc. ("Tomlab") is willing to stipulate to the filing
25
of a further amended complaint;
26
        D.      Ross is unable to obtain the stipulation of defendant Tomlab Organization, A.B.,
27

28

{00308889v1}

1  since it has not yet been served and is accordingly not yet an active party represented by counsel;

2      E.      Ross and Tomlab Organization, Inc., as the active parties to the litigation (the

3  "Active Parties"), are therefore the only parties capable of executing this stipulation:

4      NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Active Parties,

5  through their respective counsel, that Ross may file a further amended complaint asserting claims

6  against Anil Rao.

7

8  Dated:  May  8 , 2008                    CARR & FERRELL LLP

9

10                                         By: /s/ Stuart C. Clark
                                              _____
11                                            STUART C. CLARK
                                              Attorneys for plaintiff I. Michael Ross
12

13 Dated:  May 8 , 2008                    NEWHOUSE & ASSOCIATES

14                                         David E.          Digitally signed by David E. Newhouse
                                                             DN: cn=David E. Newhouse,
                                           Newhouse          o=Newhouse / Associates, ou,
15                                                           email=den@attycubed.com, c=US
                                           By:               Date: 2008.05.08 10:19:17 -07'00'
                                              _____
16                                            DAVID E. NEWHOUSE
                                              Attorneys for defendants Tomlab Optimization, Inc.
17

18

19     PURSUANT TO STIPULATION, IT IS SO ORDERED.

20 DATED:  May     9 , 2008

21

22                                         _____
                                              MARILYN H. PATEL
23                                            UNITED STATES DISTRICT JUDGE

24                                         IT IS SO ORDERED

25                                         Judge Marilyn H. Patel

26

27

28

Stipulation And Order Permitting Filing Of Amended Complaint
(Case No. C08-01052 MHP)