1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiff
   I. MICHAEL ROSS

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.,<br>and DOES 1 through 20,<br><br>    Defendants. | CASE NO. C08-01052 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |

WHEREAS:

   A.   Plaintiff I. Michael Ross ("Ross"), of the one part, and defendant Tomlab Organization, Inc., on its behalf and on behalf of its parent Tomlab Organization, A.B. (hereinafter jointly called Tomlab"), of the other part, are negotiating a settlement, and are optimistic that such a settlement will be concluded within the next ten days.  The effect of that settlement will be to resolve all issues between those parties, and to dismiss the action as to Tomlab;

   B.   Defendant Anil Rao ("Rao") was only recently added as a defendant, by a Second Amended Complaint filed on May 9, 2008, and he has not yet been served with the summons and

1  complaint. Rao is therefore not yet a served party available to sign this stipulation;

2      C.    Defendant Tomlab Organization, A.B. has also not yet been served with the
3  summons and complaint, and is also not available to sign this stipulation;

4      D.    Ross and Tomlab believe that proceeding with a Case Management Conference at
5  this time would be a waste of judicial resources, and would impose wasted expense and
6  inconvenience on them by requiring them to complete the required pre-conference initial
7  disclosures, joint statement, etc. when a settlement appears imminent. Moreover, since Rao has yet
8  to be served and to appear in the action, he is not available to complete the required pre-conference
9  initial disclosures, joint statement, etc.;

10      E.    Accordingly, in view of the foregoing Ross and Tomlab have agreed to jointly
11  request the Court to postpone the Case Management Conference now scheduled for June 9, 2008
12  for approximately 90 days, as they hereby do:

13      ACCORDINGLY, IT IS HEREBY STIPULATED by and between Ross and defendant
14  Tomlab Organization, Inc., through their respective counsel, that the Case Management Conference
15  currently scheduled for June 9, 2008 may be postponed to August 11, 2008, at 4.00 p.m., or such
16  other date as the Court may direct, and that the related dates for filing a Joint Case Management
17  Conference and for compliance with the other matters specified in the Order Setting Initial Case
18  Management Conference and ADR Deadlines (Document 2) and the Clerk's Notice Scheduling
19  Case Management Conference In Reassigned Case (Document 17) may be adjusted accordingly.

20  ////
21  ////
22  ////
23  ////

24  Dated: May 19, 2008                    CARR & FERRELL LLP

{00311847v1}                        -2-
Stipulation And Order Postponing Case Management Conference
(Case No. C08-01052 MHP)

```
                              By: /s/ Stuart C. Clark
                                  _____
                                  STUART C. CLARK
                                  Attorneys for plaintiff I. Michael Ross


Dated: May     , 2008         NEWHOUSE & ASSOCIATES

                              By: David E. Newhouse
                                  _____
                                  DAVID E. NEWHOUSE
                                  Attorneys for defendant Tomlab Organization, Inc.
```

*Digitally signed by David E. Newhouse. DN: cn=David E. Newhouse, o=Newhouse / Associates, ou, email=den@attycubed.com, c=US. Date: 2008.05.19 13:08:02 -07'00'*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May     , 2008

```
                              _____
                                  MARILYN HALL PATEL
                                  UNITED STATES DISTRICT JUDGE
```