STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
I. MICHAEL ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.,<br>and DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO. C08-01052 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER POSTPONING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS:

　　A.　Plaintiff I. Michael Ross ("Ross"), of the one part, and defendant Tomlab Organization, Inc., on its behalf and on behalf of its parent Tomlab Organization, A.B. (hereinafter jointly called Tomlab"), of the other part, are negotiating a settlement, and are optimistic that such a settlement will be concluded within the next ten days. The effect of that settlement will be to resolve all issues between those parties, and to dismiss the action as to Tomlab;

　　B.　Defendant Anil Rao ("Rao") was only recently added as a defendant, by a Second Amended Complaint filed on May 9, 2008, and he has not yet been served with the summons and

1. complaint. Rao is therefore not yet a served party available to sign this stipulation;

2.     C.    Defendant Tomlab Organization, A.B. has also not yet been served with the summons and complaint, and is also not available to sign this stipulation;

3.     D.    Ross and Tomlab believe that proceeding with a Case Management Conference at this time would be a waste of judicial resources, and would impose wasted expense and inconvenience on them by requiring them to complete the required pre-conference initial disclosures, joint statement, etc. when a settlement appears imminent. Moreover, since Rao has yet to be served and to appear in the action, he is not available to complete the required pre-conference initial disclosures, joint statement, etc.;

4.     E.    Accordingly, in view of the foregoing Ross and Tomlab have agreed to jointly request the Court to postpone the Case Management Conference now scheduled for June 9, 2008 for approximately 90 days, as they hereby do:

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Ross and defendant Tomlab Organization, Inc., through their respective counsel, that the Case Management Conference currently scheduled for June 9, 2008 may be postponed to August 11, 2008, at 4.00 p.m., or such other date as the Court may direct, and that the related dates for filing a Joint Case Management Conference and for compliance with the other matters specified in the Order Setting Initial Case Management Conference and ADR Deadlines (Document 2) and the Clerk's Notice Scheduling Case Management Conference In Reassigned Case (Document 17) may be adjusted accordingly.

////

////

////

////

Dated: May 19, 2008                                        CARR & FERRELL LLP

1
2  By: /s/ Stuart C. Clark
3      STUART C. CLARK
       Attorneys for plaintiff I. Michael Ross
4
5
6  Dated: May    , 2008          NEWHOUSE & ASSOCIATES
7
8                                By: David E. Newhouse
                                     *Digitally signed by David E. Newhouse*
                                     *DN: cn=David E. Newhouse, o=Newhouse / Associates, ou, email=den@attycubed.com, c=US*
                                     *Date: 2008.05.19 13:08:02 -07'00'*
9      DAVID E. NEWHOUSE
       Attorneys for defendant Tomlab Organization, Inc.
10
11         PURSUANT TO STIPULATION, IT IS SO ORDERED.
12
13 DATED: May 20 , 2008
14
                                  _____
15                                MARILYN H. PATEL
                                  UNITED STATES DISTRICT JUDGE
16
                                  IT IS SO ORDERED
                                  /s/ Judge Marilyn H. Patel
17
18
19
20
21
22
23
24
25
26
27
28

{00311847v1}                              -3-
                Stipulation And Order Postponing Case Management Conference
                              (Case No. C08-01052 MHP)