1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiff
   I. MICHAEL ROSS
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 | I. MICHAEL ROSS,                          | CASE NO. C08-01052 MHP
13 |         Plaintiff,                        |
14 |    v.                                     | **STIPULATION AND [PROPOSED]**
   |                                           | **ORDER POSTPONING CASE**
15 | TOMLAB OPTIMIZATION AB,                   | **MANAGEMENT CONFERENCE**
   | TOMLAB OPTIMIZATION, INC.,
16 | and DOES 1 through 20,
17 |         Defendants.

18

19 WHEREAS:

20      A.      Plaintiff I. Michael Ross ("Ross"), of the one part, and defendant Tomlab
21
   Organization, Inc., on its behalf and on behalf of its parent Tomlab Organization, A.B. (hereinafter
22
   jointly called Tomlab"), of the other part, are negotiating a settlement, and are optimistic that such a
23
24 settlement will be concluded within the next ten days.  The effect of that settlement will be to

25 resolve all issues between those parties, and to dismiss the action as to Tomlab;

26      B.      Defendant Anil Rao ("Rao") was only recently added as a defendant, by a Second
27
   Amended Complaint filed on May 9, 2008, and he has not yet been served with the summons and
28

1  complaint. Rao is therefore not yet a served party available to sign this stipulation;

2      C.    Defendant Tomlab Organization, A.B. has also not yet been served with the
3  summons and complaint, and is also not available to sign this stipulation;

4      D.    Ross and Tomlab believe that proceeding with a Case Management Conference at
5  this time would be a waste of judicial resources, and would impose wasted expense and
6  inconvenience on them by requiring them to complete the required pre-conference initial
7  disclosures, joint statement, etc. when a settlement appears imminent. Moreover, since Rao has yet
8  to be served and to appear in the action, he is not available to complete the required pre-conference
9  initial disclosures, joint statement, etc.;

10     E.    Accordingly, in view of the foregoing Ross and Tomlab have agreed to jointly
11 request the Court to postpone the Case Management Conference now scheduled for June 9, 2008
12 for approximately 90 days, as they hereby do:

13     ACCORDINGLY, IT IS HEREBY STIPULATED by and between Ross and defendant
14 Tomlab Organization, Inc., through their respective counsel, that the Case Management Conference
15 currently scheduled for June 9, 2008 may be postponed to August 11, 2008, at 4.00 p.m., or such
16 other date as the Court may direct, and that the related dates for filing a Joint Case Management
17 Conference and for compliance with the other matters specified in the Order Setting Initial Case
18 Management Conference and ADR Deadlines (Document 2) and the Clerk's Notice Scheduling
19 Case Management Conference In Reassigned Case (Document 17) may be adjusted accordingly.

////
////
////
////

Dated: May 19, 2008            CARR & FERRELL LLP

1
2  By: /s/ Stuart C. Clark
3      STUART C. CLARK
       Attorneys for plaintiff I. Michael Ross
4
5
6  Dated: May    , 2008          NEWHOUSE & ASSOCIATES
7
8                          By: David E. Newhouse
                               *Digitally signed by David E. Newhouse*
9                              DAVID E. NEWHOUSE
                               Attorneys for defendant Tomlab Organization, Inc.
10
11         PURSUANT TO STIPULATION, IT IS SO ORDERED.
12
13 DATED: May 20 , 2008
14                              _____
                                MARILYN H. PATEL
15                              UNITED STATES DISTRICT JUDGE

    IT IS SO ORDERED
    Judge Marilyn H. Patel

{00311847v1}                    -3-
Stipulation And Order Postponing Case Management Conference
(Case No. C08-01052 MHP)