UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I. MICHAEL ROSS,

                Plaintiff(s),

        v.

TOMLAB OPTIMIZATION AB, TOMLAB OPTIMIZATION, INC., and ANIL RAO,

                Defendant(s).
_____/

CASE NO. C08-01052 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: August 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Stuart C. Clark | Plaintiff I. Michael Ross | (650) 812-3415 | clark@carrferrell.com |
| ~~David E. Newhouse~~ | ~~Defendant Tomlab Optimization, Inc.~~ | ~~(650) 348-8652~~ | ~~den@attycubed.com~~ |

~~On behalf of Defendant Tomlab Optimization, Inc. David E. Newhouse objects,~~ to conferring re selection of an ADR process until Defendant Rao has been served ~~has appeared, made initial disclosures and has a representative available to participate, if then the parties,~~ and their representatives can not agree on one or the other of the available ADR Procedures

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7-15-2008

_____
Attorney for Plaintiff

Dated: _____

David E. Newhouse
Digitally signed by David E. Newhouse
DN: cn=David E. Newhouse, o=Newhouse & Associates, ou, email=den@attycubed.com, c=US
Date: 2008.07.15 18:43:31 -07'00'
_____
Attorney for Defendant

Rev 12.05