1  DEREK A. ELETICH, CAL. BAR NO. 193393
   derek@eletichlaw.com
2  LAW OFFICE OF DEREK A. ELETICH
   155 Forest Avenue
3  Palo Alto, CA  94301
   Telephone:    (650) 543-5477
4  Facsimile:    (650) 429-2028

5  Attorney for Defendant
   ANIL RAO
6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                 San Francisco Division

10  I. MICHAEL ROSS,                  )   Case No. C-08-01052-MHP
                                      )
11           Plaintiff,               )   **DEFENDANT ANIL RAO'S**
                                      )   **CERTIFICATION OF INTERESTED**
12       v.                           )   **ENTITIES OR PARTIES**
                                      )
13  TOMLAB OPTIMIZATION AB, TOMLAB    )
    OPTIMIZATION, INC., and ANIL RAO, )
14                                    )
                                      )
15           Defendants.             )
                                      )
16  _____ )

17          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

18  than the named parties, there is no such interest to report.

19  Dated:  August 8, 2008              LAW OFFICE OF DEREK A. ELETICH

20                                      /s/ Derek A. Eletich

21                                 By:_____
                                        DEREK A. ELETICH
22

23                                      Attorney for Defendant
                                        ANIL RAO
24

25

26

27

28