DEREK A. ELETICH, CAL. BAR NO. 193393
derek@eletichlaw.com
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA  94301
Telephone:    (650) 543-5477
Facsimile:     (650) 429-2028

Attorney for Defendant
ANIL RAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>             Plaintiff,<br><br>        v.<br><br>TOMLAB OPTIMIZATION AB, TOMLAB OPTIMIZATION, INC., and ANIL RAO,<br><br>             Defendants. | Case No. C-08-01052-MHP<br><br>**DEFENDANT ANIL RAO'S FRCP 26(f) DISCOVERY PLAN** |

### 1. PRELIMINARY MATTERS

Plaintiff I. MICHAEL ROSS ("Ross") filed his Report on FRCP 26(f) Conference on July 15, 2008, and Defendant TOMLAB OPTIMIZATION, INC. ("Tomlab") filed its FRCP 26(f) Discovery Plan on July 15, 2008.  Defendant ANIL RAO ("Rao") did not receive a Request for Waiver of Service of Summons from Ross' attorney until July 24, 2008, and did not file his Answer until August 8, 2008.  On August 6, 2008, and at Rao's attorney's request, counsel for Ross, Tomlab and Rao had a conference call to discuss the parties' respective discovery plans. Rao now files his FRCP 26(f) Discovery Plan based upon counsels' conference call.

### 2. INITIAL DISCLOSURES

Ross and Tomlab stated that they have exchanged Initial Disclosures.  Rao agreed to serve his Initial Disclosures by August 20, 2008, and Ross and Tomlab agreed to serve their Initial Disclosures on Rao by August 20, 2008.

### 3. PRESERVATION OF DISCOVERABLE INFORMATION

Rao has no issues with regard to preservation of discoverable information, and no such issues were raised by any other party during counsels' conference call.

### 4. DISCOVERY PLAN

A. Rao does not request any change in the timing, form, or requirement for disclosures under FRCP 26(a), and will make his disclosures as specified above.

B. Rao does not request that discovery be conducted in phases or be limited to or focused on particular issues, and suggest that discovery should be completed either 60 or 30 days before trial.

C. Rao does not believe that there are any current issues with regard to disclosure or discovery of electronically stored information.

D. Ross and Tomlab have stipulated to a Protective Order that has been entered by the Court. There are no current issues with regard to claims of privilege or protection of trial-preparation materials.

E. Rao does not request that any changes should be made in the limitations imposed on discovery.

F. Rao does not request any other orders under FRCP 26(c) or 16(b) and (c).

### 5. CONCLUSION

Rao respectfully requests that the Court order that discovery can begin immediately now that Rao has appeared and the parties have met and conferred regarding FRCP 26(f).

Dated: August 8, 2008          LAW OFFICE OF DEREK A. ELETICH

/s/ Derek A. Eletich

By:_____
DEREK A. ELETICH

Attorney for Defendant
ANIL RAO