**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 11, 2008

Case No.   C 08-1052  MHP             Judge: MARILYN H. PATEL

Title: I MICHAEL ROSS -v- TOMLAB OPTIMIZATION AB et al

Attorneys:  Plf: Stuart Clark
            Dft: David Newhouse, Derek Eletich

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Court referred to ADR for Early Neutral Evaluation/Mediation, to be completed within 60 - 90 days;

Discovery limited to requested source code/object code and informal discovery for ENE purposes;

Further status conference set for 12/15/2008 at 3:00 pm, with a joint statement filed one week prior;