1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone:  (650) 812-3400
5  Facsimile:   (650) 812-3444

6  Attorneys for Plaintiff
   I. MICHAEL ROSS
7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12 I. MICHAEL ROSS,                          CASE NO. C08-01052 MHP

13                Plaintiff,

14        v.                                 **STIPULATION AND ORDER
                                             FOR DISMISSAL OF ACTION
15 TOMLAB OPTIMIZATION AB, TOMLAB            AS TO DEFENDANT ANIL RAO**
   OPTIMIZATION, INC., and ANIL RAO,
16
                  Defendants.
17

WHEREAS:

A. Plaintiff I. Michael Ross ("ROSS") and defendant Anil Rao ("RAO") have reached an agreement settling, among other things, the dispute between them which forms the subject of ROSS's claims against RAO in this action;

B. The settlement agreement provides, among other things, that this action shall be dismissed with prejudice as to RAO:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between ROSS and RAO, through their undersigned counsel, that the action as to RAO shall be dismissed with prejudice, and that ROSS and RAO shall each pay his own costs and attorneys' fees.

Dated: December 4, 2008  　　　CARR & FERRELL LLP

By: /s/ Stuart C. Clark
STUART C. CLARK
CHRISTINE S. WATSON

Attorneys for Plaintiff
I. MICHAEL ROSS

Dated: December 4, 2008

/s/ Derek A. Eletich
DEREK A. ELETICH

Attorney for Defendant
ANIL RAO

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: December 5, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00349636v1}

-2-

Stipulation and Order for Dismissal of Action as to Defendant Anil Rao
(Case No. C08-01052 MHP)