| | |
|---|---|
| David E. Newhouse, Esq.  State Bar No. 54217 | For Court Use Only |
| NEWHOUSE & ASSOCIATES  Tel. No. (650) 348-8652 | |
| Twin Oaks Office Plaza  Fax. No. (650) 348-8655 | |
| 477 Ninth Avenue Ste 112  Email: den@attycubed.com | |
| San Mateo, Ca. 94402-1858 | |
| Attorney for Defendant TOMLAB OPTIMIZATION, INC. | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. MICHAEL ROSS, an individual  Plaintiff  v.  TOMLAB OPTIMIZATION AB,  TOMLAB OPTIMIZATION, INC., ANIL RAO,  Defendants | CASE. NO. C08-cv-01052 MHP |

**SECOND STIPULATION EXTENDING TIME TO ANSWER AND COUNTER CLAIM**

[Local Rule 6]

1  Plaintiff I. MICHAEL ROSS and Defendant TOMLAB OPTIMIZATION AB by and through their

2  respective attorneys, Stuart C. Clark, Esq. and David E. Newhouse, Esq. stipulate and agree as follows:

3  1. Time for Defendant TOMLAB OPTIMIZATION AB to serve an answer with possible counter claims is

4  extended THIRTY (30) days from December 13, 2008 to January 13, 2008.

5  Dated: December 8 , 2008

_____

Stuart C. Clark, Esq. Attorney for
Plaintiff I. MICHAEL ROSS

6  Dated: December 5, 2008

**David E. Newhouse**
Digitally signed by David E. Newhouse
DN: cn=David E. Newhouse, o=Newhouse & Associates, ou, email=den@attycubed.com, c=US
Date: 2008.12.05 18:04:58 -08'00'

_____

David E. Newhouse, Esq. Attorney for
Defendant TOMLAB OPTIMIZATION AB



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA