UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. MICHAEL ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>TOMLAB OPTIMIZATION AB, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-08-1052 MHP (EMC)<br><br>**ORDER RE PLAINTIFF'S REQUEST RE PROFESSOR KENNETH HOLMSTROM'S ATTENDANCE AT SETTLEMENT CONFERENCE** |

By letter dated January 14, 2009, Plaintiff I. Michael Ross, through counsel Stuart C. Clark of Carr & Ferrell, requested that the founder and principal executive officer of Defendants Tomlab Optimization AB and Tomlab Optimization, Inc., Professor Kenneth Holmstrom, telephonically attend and appear at the Settlement Conference scheduled for February 12, 2009 at 9:30 a.m. Defendants Tomlab, through counsel David E. Newhouse of Newhouse & Associates, submitted their response on January 15, 2009.

Upon consideration of the request, the Court finds that Professor Holmstrom does not need to participate in the Settlement Conference but shall be available on telephone standby.

IT IS SO ORDERED.

Dated: February 3, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge